United States District Court
Northern District of New York

HAROLD R. WOODS,

           Plaintiff,

v.

EULER HERMES, UMA,

           Defendant.

Civil Action No.
1:09-CV-0429 FJS/RFT

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff voluntarily dismisses without prejudice all claims against the Defendant.

Respectfully Submitted,

/s/Roderick D. Woods
Attorney for Plaintiff

RODERICK D. WOODS, ESQ., LLC
Attorney and Counselor at Law
54 Hazard Avenue, Suite 209
Enfield, CT 06082-3845
Northern District Bar Roll No. 515559
Tel.  (860) 383-0744
Fax.  (860) 499-5143
E-Mail. rwoods@rdw-law.com

SO ORDERED

*[signature]*
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE
7/27/09

1